UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY E. WATTERS, | Case No.: 07-CV 01506-MCE-KJM |
| Plaintiff, | |
| vs. | ORDER ON STIPULATION FOR SUBSTITUTION OF NAMED DEFENDANT |
| BLUE SHIELD OF CALIFORNIA HEALTH AND LIFE INSURANCE COMPANY dba BLUE SHIELD OF CALIFORNIA and DOES 1 through 10, inclusive, | |
| Defendants. | |

HAVING REVIEWED THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Defendant BLUE SHIELD OF CALIFORNIA HEALTH AND LIFE INSURANCE COMPANY is dismissed from the action with prejudice and that CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA is substituted in as the named defendant.

///

///

///

///

1   IT IS FURTHER ORDERED THAT CALIFORNIA PHYSICIANS' SERVICE dba BLUE
2   SHIELD OF CALIFORNIA shall not be required to file an answer and that all denials, responses
3   and affirmative defenses contained in the answer filed in response to the original complaint shall be
4   deemed to be BLUE SHIELD OF CALIFORNIA'S answer to the Complaint.

5   DATED: March 3, 2008

7   _____
    MORRISON C. ENGLAND, JR
8   UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER ON STIPULATION FOR SUBSTITUTION OF NAMED DEFENDANT

KENNY, SNOWDEN & NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608