John M. LeBlanc (155842), jleblanc@barwol.com
Misty A. Murray (196870), mmurray@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
California Physicians' Service dba Blue Shield of California

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY E. WATTERS, | Case No. 2:07-CV-1506-MCE-KJM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; ORDER THEREON** |
| vs. | |
| BLUE SHIELD OF CALIFORNIA HEALTH AND LIFE INSURANCE COMPANY dba BLUE SHIELD OF CALIFORNIA and DOES 1 through 10, inclusive, | [FRCP 41(a)(1)] |
| Defendants. | |
| | Complaint Filed:   May 14, 2007 |

PDF created with pdfFactory trial version www.pdffactory.com

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Sally Watters and Defendant California Physicians' Service dba Blue Shield of California, by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

Dated: November 6, 2008            BARGER & WOLEN LLP

By: _____
JOHN M. LE BLANC
MISTY A. MURRAY
Attorneys for Defendant Blue Shield of California Life and Health Insurance Company

Dated: November 6, 2008            KENNY & SNOWDEN

By: _____
MARK NORCROSS
MARGARET ENGELHARDT
Attorneys for Plaintiff Sally Watters

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorneys' fees and costs.

DATED: November 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-

PDF created with pdfFactory trial version www.pdffactory.com